FILED'10 OCT 28 15:18USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERI L. ANDERSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Commission,

      Defendant.

Civ. No. 10-37-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree that this court lacks subject matter jurisdiction over plaintiff's complaint because the Commissioner has not issued a reviewable, final decision. Accordingly, I ADOPT the Report and

1 - ORDER

Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#15) is adopted. Defendant's motion to dismiss (#9) is granted.

IT IS SO ORDERED.

DATED this ___28___ day of October, 2010.

     *Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER